UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOWARD SMITH,

                    Plaintiff,

       -against-

C.O. LAWELLIN, et al.,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/17/08

08 Civ. 473 (RMB)

**ORDER OF DISCONTINUANCE**

Based on Plaintiff's failure under Rule 4(m) to serve any Defendant, it is hereby

**ORDERED**, that the action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, Plaintiff may apply by letter showing good cause why this action should be restored to the calendar.

**SO ORDERED**.

Dated: New York, New York
       June 17, 2008

_____
RICHARD M. BERMAN, U.S.D.J.