

**MEMO ENDORSED**

08CV0473

RECEIVED
SDNY PRO SE OFFICE
2008 AUG -4 P 4:19

I AM WRITING IN REGAURDS TO MY 1983 CLAIM! I STILL HAVE NOT HEARED FROM C-74 RIKERS ISLAND WHERE THE CLAIM AROSE, SO I STILL HAVENT BEEN ABLE TO IDENTIFY MY DEFENDANTS AND I HAVENT HEARD FROM THE PRO SE OFFICE EITHER! I NEED HELP IDENTIFY MY DEFENDANTS, AND PLEASE HELP ME ~~OUT IN THIS MATTER~~! TRULY YOURS

HOWARD SMITH
04R2402 A-10-11 Cell

See the Court's Order dated 6/17/08. Plaintiff to contact the Pro Se Office with any questions.

SO ORDERED:
Date: 8/6/08   [signature]
Richard M. Berman, U.S.D.J.