08cv473 (RMB)

**MEMO ENDORSED**

p.2

To whom it may concern

I the plaintiff is apply information to show good cause why my action should be restored to the calendar. I have been writing rikers Island, and I recieved these documents only, which dont identify the defendant on any paper work besides me knowing the defendants name as C.O. Farwell. I was told by a prisoner that the defendant has left the job and retired from corrections. I need help to identify the defendants. I believe rikers have

been giving me the run around so I can't identify the defendants? I really need your help to restore me to the calender. These are the only documents I got tying to get some paper work to identify the defendants!

Thank you very much!

H. SMITH 04R2407

---

Plaintiff may have until 9/17/08 to serve Defendants. Failure to effect service by this date may result in dismissal of the Complaint. Plaintiff is directed to contact the Pro Se Clerk with any questions.

SO ORDERED:
Date: 8/18/08

Richard M. Berman, U.S.D.J.